**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JET IMPORTS, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) 2:11-cv-00709-JCM-LRL |
| v. | ) |
| | ) **O R D E R** |
| HJC I, LLC, | ) |
| | ) |
| Defendant. | ) |

For good cause shown,

IT IS ORDERED that Lewis and Roca's Emergency Motion to Withdraw (#10) is granted.

Defendant is informed that a corporation may not appear in federal court unless represented by licensed counsel. *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993). Failure to comply with the requirement that it be represented by counsel may lead to a default judgment against a corporate defendant, or dismissal of the corporation's claims, or both. *United States v. High Country Broadcasting Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant HJC I, LLC must therefore retain new counsel without delay. Accordingly,

IT IS FURTHER ORDERED that defendant's new counsel shall file a notice of appearance not later than August 1, 2011.

. . .

. . .

. . .

. . .

. . .

FINALLY, IT IS ORDERED that Lewis and Roca shall forthwith provide a copy of this order to defendant.

DATED this 27th day of June, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**