Robert Ryan Morishita, Nevada Bar No. 6752
Morishita Law Firm, LLC
rrm@morishitalawfirm.com
8960 W. Tropicana Ave. Ste. 300
Las Vegas, Nevada 89147
Tel: (702) 222-2113
Fax: (702) 227-0615
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JET IMPORTS, L.L.C., | ) |
| | ) |
| | ) Case No. 2:11-cv-00709-JCM-CWH |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| | ) CONTINUING TRIAL |
| vs. | ) |
| | ) |
| | ) |
| HJC I, LLC, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

      Plaintiff Jet Imports, LLC ("Jet Imports"), by and through its counsel, Billy Mallory of Brick Gentry P.C., and Defendant HJC 1, LLC ("HJC"), by and through its counsel, Robert Ryan Morishita of Morishita Law Firm, LLC, hereby stipulate as follows:

      IT IS HEREBY STIPULATED by and between Jet Imports and HJC (the "Parties"), through their respective counsel, that the above-identified case has settled and that the case should be removed from the trial docket. In support of this stipulation, the Parties state:

      This case has settled with only the settlement agreement to be finalized. As set forth in

1

the Minute Order in Chambers (**Document 63**) a status conference on settlement will be held May 17, 2013 before Magistrate Judge Carl W. Hoffman at 3:30 p.m. regarding a single remaining issue in the settlement agreement.  Both parties have agreed to accept the Court's guidance during the status conference to finally resolve the sole remaining issue in the settlement agreement.  Accordingly, the Parties attach a Stipulated Order of Dismissal with Prejudice.

SO STIPULATED BY THE FOLLOWING:

On May 17, 2013:                                                          On May 17, 2013

By:  __/s/Billy J. Mallory__                                     By:  __/s/ Robert Ryan Morishita__
Billy J. Mallory (*Pro hac vice*)                            Robert Ryan Morishita, NV Bar No. 6752
Brick Gentry P.C.                                                  Morishita Law Firm, LLC
6701 Westown Pkwy., Ste. 100                           8960 W. Tropicana Ave. Ste. 300
West Des Moines, IA  50266                              Las Vegas, NV  89147
Tel:  (515) 274-1450                                            Tel:  702-222-2113
E-mail: billy.mallory@brickgentrylaw.com        Fax:  702-227-0615
                                                                              Email:  rrm@morishitalawfirm.com
Attorney for Plaintiff
                                                                              Attorney for Defendant

2

ORDER

**IT IS SO ORDERED.**

DATED May 17, 2013.

_____
UNITED STATES DISTRICT JUDGE

Submitted May 17, 2013 by:

Robert Ryan Morishita, Nevada Bar No. 6752
Morishita Law Firm, LLC
rrm@morishitalawfirm.com
8960 W. Tropicana Ave. Ste. 300
Las Vegas, Nevada 89147
Tel: (702) 222-2113
Fax: (702) 227-0615

Attorney for Defendant

Robert Ryan Morishita, Nevada Bar No. 6752
MORISHITA LAW FIRM, L.L.C.
8960 W. Tropicana Ave. Ste. 300
Las Vegas, Nevada  89147
Tel: (702) 222-2113
Fax: (702) 227-0615

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JET IMPORTS, LLC | ) |
| | ) |
| | ) Case No. 2:11-cv-00709-JCM-CWH |
| Plaintiff, | ) |
| | ) |
| vs. | ) STIPULATED ORDER OF DISMISSAL |
| | ) WITH PREJUDICE |
| HJC I, LLC | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The Parties have reached agreement to settle the above-identified action.  Accordingly, the Parties stipulate to the following:

Plaintiff Jet Imports, LLC dismisses all claims in the Complaint filed in the above-identified action against Defendant HJC I, LLC with prejudice.

Defendant HJC I, LLC dismisses all counterclaims in the Answer and Counterclaim filed

in the above-identified action against Plaintiff Jet Imports, LLC with prejudice.

	Dated this 17th day of May, 2013.

By:   /s/Billy J. Mallory                By:   /s/ Robert Ryan Morishita

Billy J. Mallory (Pro hac vice)          Robert Ryan Morishita, NV Bar No. 6752
Brick Gentry P.C.                        Morishita Law Firm, LLC
6701 Westown Pkwy., Ste. 100             8960 W. Tropicana Ave. Ste. 300
West Des Moines, IA  50266               Las Vegas, NV  89147
Tel:  (515) 274-1450                     Tel:  702-222-2113
E-mail: billy.mallory@brickgentrylaw.com Fax:  702-227-0615
                                         Email:  rrm@morishitalawfirm.com
Attorney for Plaintiff
                                         Attorney for Defendant


IT IS SO ORDERED May 17, 2013.
_____
UNITED STATES DISTRICT JUDGE

ORDER

**IT IS SO ORDERED.**

Dated: _____    _____
                            U.S. DISTRICT COURT JUDGE

Submitted May 17, 2013 by:

Robert Ryan Morishita, Nevada Bar No. 6752
Morishita Law Firm, LLC
rrm@morishitalawfirm.com
8960 W. Tropicana Ave. Ste. 300
Las Vegas, Nevada 89147
Tel: (702) 222-2113
Fax: (702) 227-0615

Attorney for Defendant